**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the
representative of a class of similarly situated persons,

                Plaintiff,

   - against -

CHOWNOW, INC.,

                Defendants.
-----------------------------------------------------------X

Case No.   1:22-cv-1735-WFK-PK

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against ChowNow, Inc.

Dated: Scarsdale, New York
       June 22, 2022

                                    SHAKED LAW GOUP, P.C.
                                    Attorneys for Plaintiff

                              By: /s/Dan Shaked
                                 Dan Shaked, Esq.
                                 14 Harwood Court, Suite 415
                                 Scarsdale, NY 10583
                                 Tel. (917) 373-9128
                                 e-mail: ShakedLawGroup@Gmail.com

                                    **SO ORDERED.**
                                    **s/ WFK**

                                    _____

Dated: June 22, 2022                   HON. WILLIAM F. KUNTZ, II
      Brooklyn, New York           UNITED STATES DISTRICT JUDGE